## POWELL v. McKEE.

*Where a creditor fraudulently obtains possession, in another State, of the property of his debtor, who resided there, and brings it clandestinely into this State, without the consent or knowledge of the debtor, and immediately attaches it, the attachment will be dissoved. The fraudulent act of the plaintiff cannot give jurisdiction to our courts.*

APPEAL from the District Court of Madison, *Curry*, J. *A. Pierse*, for the appellant. *J. Dunlap*, for the defendant. The judgment of the court was pronounced by

KING, J. This suit was commenced by an attachment, under which three slaves and a wagon belonging to the defendant, who was an absentee, were seized. The attachment was dissolved, and the plaintiff has appealed.

The evidence shows conclusively, that the plaintiff obtained fraudulent possession of the property attached, in the State of *Mississippi*, where the defendant resided, and clandestinely removed it to this State, without the consent or knowledge of the defendant, and immediately instituted the present proceedings. The wrongful and fraudulent act of the plaintiff, of bringing property of the defendant into this State, gave no jurisdiction to our courts, and the judge did not err in dissolving the attachment.

*Judgment affirmed.*